FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 24, 2023

No. 04-21-00296-CR

Vincent Trevino **GOMEZ** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR12346
Honorable Jennifer Pena, Judge Presiding

## O R D E R

Sitting:     Rebeca C. Martinez, Chief Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice
Lori I. Valenzuela, Justice

On January 11, 2023, appellant filed a "Motion for Reconsideration En Banc." Appellant's motion is **denied.**

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of January, 2023.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court